Decided February 18, 1998

## GRADY COBB *v.* COMMISSIONER OF CORRECTION

The petitioner Grady Cobb's petition for certification for appeal from the Appellate Court, 39 Conn. App. 914 (AC 14206), is denied.

BERDON, J., dissenting. I would grant the petitioner's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided March 5, 1998